Created
12/9/2015
plus

WR-83,223-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/9/2015 10:01:08 AM
Accepted 12/9/2015 11:07:35 AM
ABEL ACOSTA
CLERK

EX PARTE GORDON RAYMOND WALKER

WR-83,223-02

IN THE COURT OF CRIMINAL APPEALS

AT

AUSTIN, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

December 9, 2015

ABEL ACOSTA, CLERK

---

CAUSE NO. 618633-B

| | | |
|---|---|---|
| EX PARTE | § | IN THE 338TH DISTRICT COURT |
| | § | OF |
| GORDON RAYMOND WALKER, Applicant | § | HARRIS COUNTY, TEXAS |

## STATE'S MOTION REQUESTING EXTENSION OF TIME FROM COURT'S OCTOBER 14, 2015 ORDER

The State, by and through the undersigned Assistant District Attorney, respectfully respects an extension of time in the above-captioned case and for good cause shows the following:

### I.

The applicant, Gordon Raymond Walker, pled guilty on April 10, 1992, to three counts of indecency with a child by exposure in cause no. 618633 in the 338th District Court of Harris County, Texas, and was placed on community supervision after being given a suspended ten (10) year sentence in each count.

On February 2, 2002, the applicant pled true to the allegations in the motion to revoke probation filed in each count, and was sentenced to confinement for two (2) years in the Texas Department of Criminal Justice – Institutional Division.

On May 13, 2015, the Court of Criminal Appeals dismissed the applicant's initial application for writ of habeas corpus, cause no. 618633-A. *Ex parte Walker*, No. WR-83,223-01 (Tex. Crim. App. 2015)(unpublished order).

On June 1, 2015, the applicant filed an application for writ of habeas corpus, cause no. 618633-B.

On July 24, 2015, the trial court entered findings of fact and conclusions of law in cause no. 618633-B, recommending that relief be denied as to the applicant's second through fourth grounds for relief, but making no recommendation on the first ground for relief regarding the applicant's duty to register as a sex offender.

On October 14, 2015, the Court of Criminal Appeals ordered that both the State and the applicant submit briefs in the applicant's case on or before Monday, December 14, 2015. *Ex parte Walker*, No. WR-83,223-02 (Tex. Crim. App. 2015)(unpublished order).

## II.

The undersigned assistant district attorney is currently assigned over seventy (70) writ cases, of which many have filing deadlines, such as Michael Pepper, cause no. 680932-A, which is due on December 16, 2015. The undersigned assistant district attorney is set for an evidentiary writ hearing in the 263rd District Court today,

2

December 9, 2015. The undersigned assistant district attorney is also awaiting a response from the Texas Department of Public Safety on the issue of the applicant's sex offender registration requirements in the briefing order. The undersigned assistant district attorney has also been in contact with habeas counsel, Mandy Miller, and she has no objection to this request.

Therefore, the State respectfully requests a 30-day extension of time so that the brief in the above-cited case is due on or before January 14, 2015.

## III.

Service has been accomplished by sending an electronic copy of this instrument to counsel for the applicant on this the 9th day of December, 2015, to: mandy@mandymillerlegal.com.

Respectfully submitted,

/s/ LINDA GARCIA
LINDA GARCIA
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 274-5990
(713) 755-5240 fax
Texas Bar ID #00787163
garcia_linda@dao.hctx.net

3